UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD MOORE,** | No. LA CV 15-02058-VBF-JC |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| BRIAN DUFFY, | |
| Respondent. | |

Pursuant to this Court's contemporaneously issued Order Adopting the Report and Recommendation, Denying the Habeas Corpus Petition, Dismissing the Action with Prejudice, Denying a Certificate of Appealability, Directing the Entry of Separate Judgment, and Terminating the Case, **final judgment is hereby entered in favor of the respondent and against petitioner Richard Moore.**

Dated:  Monday, June 6, 2016

_____
Valerie Baker Fairbank
Senior United States District Judge